UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SETSUKO INOBE,<br><br>      Plaintiff,<br><br>v.<br><br>NORIKO HINO,<br><br>      Defendant. | Case No. 2:23-cv-08102-SB-JPR<br><br><br>FINAL JUDGMENT |

    For the reasons stated in the order of dismissal entered December 12, 2023, it is ordered and adjudged that Plaintiff Setsuko Inobe's claims against Defendant Noriko Hino are DISMISSED for lack of subject-matter jurisdiction.

    This is a final judgment.

Date: December 18, 2023

                                                Stanley Blumenfeld, Jr.
                                              United States District Judge